**STATE OF FLORIDA ex rel. OLIN K. LIVINGSTON v. WILLIAM M. WEAVER, et ux.**

15 So. (2nd) 838

December 14, 1943

June Term, 1943

Division B

*Jennings & Coffee, Lester W. Jennings* and *Edward C. Coffee,* for appellant.

*Frank D. Brennan,* for appellees.

PER CURIAM:

Affirmed on authority of Fielding, et al., v. Highsmith, 152 Fla. 836, 13 So. (2nd) 208.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.